UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13bk43998 |
| Antonios G Gountanis | ) |
| | ) Chapter 11 |
| | ) |
| Debtor__. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ROBERT R BENJAMIN, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 23,088.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 432.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 22,656.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 22,656.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   Computational or Typographical Error – TOTAL of disallowed amounts: $ 432.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries for the same meeting by different parties (same day, same tasks, but different time billed), the court will consider one of the entries to be a typographical error and reduce to the lower of the time entries for the same meeting.

Dated: _____, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

6 MAY 2014



**GOLAN & CHRISTIE**

GOLAN & CHRISTIE LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4208
PHONE (312) 263-2300
FAX (312) 263-0939
GOLANCHRISTIE.COM

Antonios Gountanis
2710 N. 75th Street
Elmwood Park, Illinois 60707

BILLING ATTORNEY:    RRB

April 8, 2014
Matter #:    5774.001

Attention:
CLIENT NUMBER: 5774
Re:    Chapter 11 Personal Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED

| Task | Date | Services | Init | Hours | Amount |
|---|---|---|---|---|---|
| Administration | | | | | |
| ADM | 1/21/14 | Review and approve for filing of Dec MOR. | RRB | 0.40 | 192.00 |
| ADM | 1/22/14 | Supplemental Rule 2016 Statement | RRB | 0.50 | 240.00 |
| ADM | 2/11/14 | Court appearance on Interim Fee Petition | RRB | 0.70 | 336.00 |
| ADM | 2/19/14 | Review and approve for filing of January MOR. | RRB | 0.40 | 192.00 |
| ADM | 3/12/14 | Review binder for general insurance coverage for Veranda commencing through 2/21/15. | RRB | 0.20 | 96.00 |
| ADM | 4/01/14 | Call to A.G. regarding R.E. tax payment and employment for Dimitrios. | RRB | 0.20 | 96.00 |
| ADM | 4/04/14 | Commence preparation of Second Rule 2015.3 Report | RRB | 2.00 | 960.00 |

### FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 4.40 | 480.00 | 2,112.00 |
| Total | 4.40 | | $2,112.00 |



EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Financing | | | | | |
| FIN | 1/21/14 | Court appearance on continued motion for use of cash collateral. | RRB | 0.80 | 384.00 |
| FIN | 1/21/14 | Conference with attorneys for Banco and North Community and Demetrtios regarding language of Third Interim Cash Collateral Order. | RRB | 0.50 | 240.00 |
| FIN | 1/21/14 | Redraft Third Continued Interim Cash Collateral Orders with additional language required by lender. | RRB | 1.00 | 480.00 |
| FIN | 1/28/14 | Conference with client regarding real estate taxes and balances due secured lenders. | RRB | 1.00 | 480.00 |
| FIN | 1/28/14 | Compute balance of tax escrow payments made to North Community Bank for 5700 W. Irving Park property; e-correspondence to F.C. requesting payment from escrow and remaining balance. | RRB | 0.50 | 240.00 |
| FIN | 2/12/14 | Conference with client to discuss real estate taxes and Banco Popular appraisal; general outline of settlement terms. | RRB | 0.80 | 384.00 |
| FIN | 2/13/14 | Return call to M. Stein regarding undersecured debt and guarantors. | RRB | 0.30 | 144.00 |
| FIN | 2/13/14 | Conference with RRB regarding settlement negotiations with Banco Popular. | BAB | 0.20 | 80.00 |
| FIN | 2/14/14 | Conference with BAB regarding secured claims. | RRB | 0.50 | 240.00 |
| FIN | 2/17/14 | Conference with RRB regarding negotiations with Banco Popular. | BAB | 0.20 | 80.00 |
| FIN | 2/24/14 | Strategy conference with BAB to prepare for conference call to M. Stein. | RRB | 0.30 | 144.00 |
| FIN | 2/24/14 | Conference call with BAB and M.S. regarding Plan. | RRB | 0.30 | 144.00 |
| FIN | 2/24/14 | Draft two continuing interim cash collateral orders and budgets | RRB | 1.20 | 576.00 |
| FIN | 2/24/14 | E-correspondence to George regarding questions raised by Banco from financial statements of banquet hall. | RRB | 0.40 | 192.00 |
| FIN | 2/24/14 | Call from A.G. approves budgets; discuss issues raised by Banco review of financial statements. | RRB | 0.30 | 144.00 |
| FIN | 2/24/14 | Call to P. Louizos to discuss financial issues raised by Banco. | RRB | 0.30 | 144.00 |
| FIN | 2/24/14 | Conference with RRB to prepare for conference call with Banco Popular's attorney. | BAB | 0.30 | 120.00 |
| FIN | 2/24/14 | Conference call with RRB and Banco Popular's attorney regarding potential resolution of undersecured claim. | BAB | 0.30 | 120.00 |
| FIN | 2/25/14 | Court appearance on motions to extend interim cash collateral orders. | RRB | 1.00 | 480.00 |

| | | | | | |
|---|---|---|---|---|---|
| FIN | 3/03/14 | Conference with client and George to review additional information requested by Banco. | RRB | 0.80 | 384.00 |
| FIN | 3/04/14 | Call to M.S. regarding extending date for filing Plan and gathering information requested by Banco. | RRB | 0.10 | 48.00 |
| FIN | 3/07/14 | Correspondence to M. S. with Regency and individual tax returns, explain distribution of rents from Regency, deposit. | RRB | 0.80 | 384.00 |
| FIN | 3/17/14 | Evaluate settlement proposal from Banco Popular given pro forma being developed for plan. | BAB | 0.40 | 160.00 |
| FIN | 3/17/14 | Conference with RRB regarding results of evaluation of Banco Popular's settlement proposal. | BAB | 0.20 | 80.00 |
| FIN | 3/18/14 | Review terms of alternate proposals by Banco Popular; 2 calls with client to discuss terms and conditions; email to M.Stein regarding valuation of real estate. | RRB | 1.00 | 480.00 |
| FIN | 3/18/14 | Call from M.S. regarding settlement demand, | RRB | 0.10 | 48.00 |
| FIN | 3/18/14 | Strategy conference with BAB regarding response to Banco demands. | RRB | 0.20 | 96.00 |
| FIN | 3/18/14 | Strategy conference with RRB regarding Banco Popular's settlement offer and potential response. | BAB | 0.20 | 80.00 |
| FIN | 3/18/14 | Continue drafting financial information for disclosure statement with possible scenarios for treatment of under secured creditors. | BAB | 0.30 | 120.00 |
| FIN | 3/20/14 | Conference with BAB regarding counterproposals for Banco. | RRB | 0.30 | 144.00 |
| FIN | 3/20/14 | Conference with RRB regarding potential proposals to Banco Popular. | BAB | 0.30 | 120.00 |
| FIN | 3/21/14 | Prepare counter-proposal for settlement with Banco Popular. | BAB | 0.30 | 120.00 |
| FIN | 3/24/14 | Draft proposed 5th Interim Cash Collateral Orders for North Community Bank and Banco, with accompanying budgets. | RRB | 1.00 | 480.00 |
| FIN | 3/26/14 | Court appearance on Status of Cash Collateral Orders and entry of 5th Interim Orders. | RRB | 1.00 | 480.00 |
| FIN | 3/26/14 | Continue working on potential counter-proposal to Popular Bank to settle secured/undersecured status of claim. | BAB | 1.00 | 400.00 |
| FIN | 3/27/14 | Continue working on counter-proposal to Banco Popular. | BAB | 1.10 | 440.00 |
| FIN | 3/27/14 | E-mail to RRB regarding counter-proposal and coordination with Demetrios's Chapter 11 plan. | BAB | 0.20 | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| FIN | 3/28/14 | Review Demitrios' pro forma; Continue to work with pro formas to develop counter-offer to Banco Popular. | BAB | 0.70 | 280.00 |
| FIN | 3/31/14 | Conference with RRB regarding financial information for counter-proposal to Banco Popular. | BAB | 0.50 | 200.00 |
| FIN | 3/31/14 | E-mail exchange with Mimi Stein regarding counter-proposal from Debtor. | BAB | 0.10 | 40.00 |
| FIN | 3/31/14 | Continue working on proposal incorporating changes from conference with RRB. | BAB | 0.40 | 160.00 |
| FIN | 4/01/14 | Continue financial analysis for proposal to Banco Popular including evaluation of Antionios's pro forma and its effect on proposal. | BAB | 1.10 | 440.00 |
| FIN | 4/01/14 | Conference with RRB regarding potential financial issues for potential proposal. | BAB | 0.30 | 120.00 |
| FIN | 4/01/14 | Draft counter-proposal to Banco Popular. | BAB | 0.50 | 200.00 |
| FIN | 4/02/14 | E-mail exchange with M. Stein and RRB regarding counter-proposal for Banco Popular. | BAB | 0.70 | 280.00 |
| FIN | 4/02/14 | Conference with RRB regarding response to M. Stein's initial reaction to counter-proposal. | BAB | 0.20 | 80.00 |
| FIN | 4/03/14 | Conference with RRB to prepare for settlement conference call with Banco Popular and Ross Weismann. | BAB | 0.30 | 120.00 |
| FIN | 4/03/14 | Conference call with RRB and M. Stein regarding settlement with Banco Popoular. | BAB | 0.40 | 160.00 |
| FIN | 4/03/14 | Call from Ross Weisman regarding settlement with Banco Popoular. | BAB | 0.20 | 80.00 |
| FIN | 4/04/14 | Revise pro formas per request from Banco's attorney. | BAB | 0.80 | 320.00 |
| FIN | 4/04/14 | E-mail to Banco's attorney regarding revised pro forma. | BAB | 0.10 | 40.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 14.50 | 480.00 | 6,960.00 |
| Beverly A. Berneman | 11.30 | 400.00 | 4,520.00 |
| Total | 25.80 | | $11,480.00 |

Plan

| Category | Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|---|
| PLAN | 2/03/14 | Review docket and filings for disclosure statement. | BAB | 0.50 | 200.00 |
| PLAN | 2/04/14 | Conference with BAB regarding outlining Plan terms and review of lender's Irving Park appraisal. | RRB | 1.00 | 480.00 |
| PLAN | 2/04/14 | Conference with RRB to review schedules, appraisals, POCs and MORs for plan and disclosure statement. | BAB | 0.50 | 200.00 |
| PLAN | 2/04/14 | Continue financial analysis for disclosure statement. | BAB | 0.60 | 240.00 |
| PLAN | 2/06/14 | Continue review and analysis of financial information for disclosure statement. | BAB | 0.80 | 320.00 |
| PLAN | 2/09/14 | Work with financial information to determine potential plan and distributions. | BAB | 2.10 | 840.00 |
| PLAN | 2/11/14 | Continue financial analysis and strategy for plan. | BAB | 0.30 | 120.00 |
| PLAN | 2/12/14 | Conference with RRB regarding length of plan. | RRB | 0.20 | 96.00 |
| PLAN | 2/12/14 | Conference with RRB regarding plan feasibility. | BAB | 0.20 | 80.00 |
| PLAN | 2/14/14 | Conference with RRB regarding payouts to secured creditors. | BAB | 0.50 | 200.00 |
| PLAN | 2/16/14 | Draft pro forma for disclosure statement. | BAB | 1.50 | 600.00 |
| PLAN | 2/16/14 | E-mail to RRB regarding pro forma for disclosure statement. | BAB | 0.40 | 160.00 |
| PLAN | 3/03/14 | Conference with RRB regarding need to continue deadline for filing plan and disclosure statement. | BAB | 0.10 | 40.00 |
| PLAN | 3/03/14 | Draft motion to continue deadline for filing plan and disclosure statement. | BAB | 0.50 | 200.00 |
| PLAN | 3/05/14 | Continue drafting motion to extend time to file plan per RRB's comments. | BAB | 0.20 | 80.00 |
| PLAN | 3/11/14 | Conference with BAB regardijng Plan strategy without input from Banco. | RRB | 0.50 | 240.00 |
| PLAN | 3/11/14 | Conference with RRB regarding valuation of real estate for plan. | BAB | 0.50 | 200.00 |
| PLAN | 3/12/14 | Work on plan design. | BAB | 0.90 | 360.00 |
| PLAN | 3/14/14 | Draft financial projections and analysis for disclosure statement. | BAB | 1.00 | 400.00 |
| PLAN | 3/17/14 | Review Demetrios's bankruptcy case to determine effect on payments and equity. | BAB | 0.50 | 200.00 |
| PLAN | 3/17/14 | Conference with RRB regarding effect of Demetrios's case on payments in this case. | BAB | 0.30 | 120.00 |
| PLAN | 3/17/14 | Continue analysis of income and expenses and projected plan payments. | BAB | 1.10 | 440.00 |
| PLAN | 3/19/14 | Prepare for motion to extend time to file plan. | BAB | 0.20 | 80.00 |
| PLAN | 3/19/14 | Court appearance on motion to extend time to file plan. | BAB | 0.30 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| PLAN | 3/31/14 | outline of plan terms based upon projections of income and expenses | RRB | 1.50 | 720.00 |
| PLAN | 3/31/14 | Conference with BAB regarding pro forma | RRB | 0.50 | 240.00 |
| PLAN | 4/01/14 | Continue working on pro forma. | RRB | 2.00 | 960.00 |
| PLAN | 4/01/14 | Conference with BAB regarding valuation of properties. | RRB | 0.30 | 144.00 |
| PLAN | 4/03/14 | Strategy conference with BAB in preparation for settlement conference with M.S. and R.W. | RRB | 0.50 | 240.00 |
| PLAN | 4/03/14 | Conference call with BAB and M. Stein regarding Banco treatment in proposed Plan. | RRB | 0.40 | 192.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 6.90 | 480.00 | 3,312.00 |
| Beverly A. Berneman | 0.30 | 480.00 | 144.00 |
| Beverly A. Berneman | 12.70 | 400.00 | 5,080.00 |
| **Total** | **19.90** | | **$8,536.00** |

TOTAL HOURS: 50.10
TOTAL FEES: $22,128.00

## TIME SUMMARY BY TASK

| Task Code | Description | Effective Rate | Invoice Hours | Totals |
|---|---|---|---|---|
| ADM | Administration | $480.00 | 4.40 | 2,112.00 |
| FIN | Financing | $480.00 | 14.50 | 6,960.00 |
| FIN | Financing | $400.00 | 11.30 | 4,520.00 |
| PLAN | Plan | $480.00 | 7.20 | 3,456.00 |
| PLAN | Plan | $400.00 | 12.70 | 5,080.00 |
| | | | **50.10** | **$22,128.00** |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 25.80 | 480.00 | 12,384.00 |
| Beverly A. Berneman | 0.30 | 480.00 | 144.00 |
| Beverly A. Berneman | 24.00 | 400.00 | 9,600.00 |
| Total | 50.10 | | $22,128.00 |

**INVOICE TOTAL:** $22,128.00