**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 13 B 43998 |
| ANTONIOS G. GOUNTANIS, | ) | Honorable Timothy A. Barnes |
| | ) | Motion Date: September 30, 2014 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 30, 2014, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard before the Honorable Timothy A. Barnes of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

I, Beverly A. Berneman, an attorney, certify that I caused the foregoing Notice of Motion and Motion to Extend the Time to File Debtor's Plan of Reorganization and Disclosure Statement to be served upon the parties who receive notice via CM/ECF filing and those parties who receive notice via regular mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on September 18, 2014.

/s/*Beverly A. Berneman*
Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via Facsimile: 312-886-5794

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604
Via Facsimile: 312-566-2826

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Facsimile: 312-368-8712

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Facsimile: 312-353-2067

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
Via Facsimile: 202-514-5238
(*Contested Matters)

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via Regular Mail

A&G Fresh Market
5630 W. Belmont Avenue
Chicago, IL 60634
Via Facsimile: 773-622-6829

Antonios G. Gountanis
2710 N. 75th Street
Elmwood Park, IL 60707
Via Regular Mail

Augustin Mercado
4903 N. Kruger
Chicago, IL 60630
Via Regular Mail

Casa Nostra Bakery
10401 W. Belmont Avenue
Franklin Park, IL 60131
Via Facsimile: 847-455-5178

Chicago Sweet Connection
5569 N. Northwest Highway
Chicago, IL 60630
Via Facsimile: 773-283-9375

Dimitris Economou
4950 W. Division
Chicago, IL 60651
Via Regular Mail

Golden Shield Laboratories
6304 W. Oakton Street
Morton Grove, IL 60053
Via Facsimile: 877-964-1858

Hellas Electrical
8099 N. Elmoore
Niles, IL 60714
Via Regular Mail

International Meat
7107 W. Grand Avenue
Elmwood Park, IL 60707
Via Regular Mail

Jos. Cacciatore & Co. Real Estate
527 S. Wells Street
Chicago, IL 60607
Via Regular Mail

Lee R. Zeidman
4709 Gold Road, Suite 1140
Skokie, IL 60076
Via Regular Mail

CFS Allocation Solutions LLC, as assignee of
Banco Popular North America
Attn: Scott N. Schreiber
Clark Hill PLC
150 N. Michigan Ave., Suite 2700
Chicago, IL 60601
Via Email: sschreiber@clarkhill.com
Via Email: ksimpsonjones@clarkhill.com

North Community Bank
c/o Francisco Connell
Chuhak & Tecson, PC
30 South Drive, Suite 2600
Chicago, IL 60606
Via Email: fconnell@chuhak.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | **In Chapter 11** |
| ) | **Case No. 13 B 43998** |
| **ANTONIOS G. GOUNTANIS,** ) | Honorable Timothy A. Barnes |
| ) | Motion Date:  September 30, 2014 |
| **Debtor.** ) | Motion Time:  10:00 a.m. |

## MOTION FOR ENTRY OF A
## FINAL DECREE ORDER

Debtor, ANTONIOS G. GOUNTANIS ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court to enter a final decree order and in support thereof states as follows:

1. On November 12, 2013, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is an individual who is employed as a restaurant and banquet hall manager.

3. On August 20, 2014, this Court entered an order approving the Debtor's Disclosure Statement and confirming the Debtor's Plan of Reorganization.

4. Pursuant to the Plan, all administrative claims were to be paid in full; Class 1 Secured Claims were to be paid pursuant to amendments to the Plan incorporated in the order confirming the plan; and Class 2 Unsecured Claims were to be paid 10% of their allowed claims *pro rata* over four years beginning on the first anniversary of the Initial Distribution Date.

5. On September 18, 2014, Debtor filed a Report of Distribution (Docket No. 194).

6. There are no further matters for this Court to administer.

WHEREFORE, Debtor, ANTONIOS G. GOUNTANIS, prays as follows:

A. That this Court enter a final decree order; and

B.    For such other and further relief as this Court may deem just and proper.

ANTONIOS G. GOUNTANIS,

　/s/Robert R. Benjamin　
Robert R. Benjamin
One of his attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #06189418)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300